**Original filed 6/2/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG GERSTNER, | ) | No. C 05-2763 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| J. WOODFORD, et. al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action along with other inmate Plaintiffs, on behalf of himself and behalf of all inmates who are or will be confined at the Correctional Training Facility (CTF) in Soledad, California. On March 22, 2006, the Court dismissed all Plaintiffs without prejudice except for the named Plaintiff, Craig Gerstner and dismissed the instant complaint with leave to amend as to Plaintiff Gerstner to file an amended complaint including all of the claims he wishes to present containing allegations pertaining to himself only. In its order, the Court notified Plaintiff Gerstner that failure to file an amended complaint within the designated time would result in the dismissal of the complaint without prejudice.

\\\
\\\

Order of Dismissal
P:\pro-se\sj.jf\cr.05\Gerstner763dis            1

1  As of the date of this order, Plaintiff Gerstner has not responded, nor filed an
2  amended complaint. Accordingly, the instant complaint is dismissed without prejudice
3  for Plaintiff's failure to file an amended complaint and failure to prosecute this action
4  pursuant to Fed. R. Civ. P. 41(b).
5  IT IS SO ORDERED.
6  DATED:   6/2/06                           /s/
                                         JEREMY FOGEL
7                                        United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Craig Gerstner
   E-59690
   EW-228L
4  CTF - Soledad
   P.O. Box 689
5  Soledad, CA  93960-0689

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\cr.05\Gerstner763dis            3